UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | <u>WAIVER OF DETENTION</u> |
| | ) | <u>HEARING AND ORDER</u> |
| v. | ) | |
| | ) | Case No. 1:26mj9140 (JDA) |
| MARITZA AZUCENA CAHUEC COC | ) | |

MARITZA AZUCENA CAHUEC COC, the above-named defendant, who is accused of violating Title 18, U.S.C. §371; Conspiracy to Defraud the United States; Title 18, U.S.C. §1001(a)(2); False Statements; Title 18, U.S.C. §1028A(a)(1); Aggravated Identity Theft; and Title 8, U.S.C. §1324 Encouraging or Inducing and conspiracy to do the same, and concealing, harboring, or shielding from detection aliens that have come, entered, or remain in the United States in violation of law, being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142.  The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

_____

Defendant

_____

Counsel for Defendant

APPROVED AND ORDERED:

_____

United States Magistrate Judge

05/26/2026

_____

Date