AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Maritza Azucena Cahuec Coc<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:26mj9140 |

**FILED**

**MAY 2 8 2026**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Maritza Azucena Cahuec Coc                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. §371, Conspiracy to Defraud the United States;
Title 18, U.S.C. § 1001(a)(2), False Statements;
Title 18, U.S.C. § 1028A(a)(1), Aggravated Identity Theft;
Title 8, U.S.C. § 1324, Encouraging or Inducing and conspiracy to do the same, and concealing, harboring, or shielding
from detection aliens that have come, entered, or remain in the United States in violation of law.

Date:  5/26/2026 at 10:45 a.m.                 _____
                                                *Issuing officer's signature*

City and state:     Cleveland, Ohio            Jennifer Dowdell Armstrong, U.S. Magistrate Judge
                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/26/2026 , and the person was arrested on *(date)*  5/26/2026<br>at *(city and state)*  Cleveland, OH  .<br><br>Date:  5/26/2026            _____<br>                            *Arresting officer's signature*<br><br>                            Lawrence J. Sullivan , S/A<br>                            *Printed name and title* |